# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**WILLIAM NEWKIRK,**

      **Plaintiff,**

  vs.                                             **Case No.:  2:12-cv-285**
                                                     **JUDGE GEORGE C. SMITH**
                                                     **Magistrate Judge Kemp**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

On March 15, 2013, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Plaintiff's statement of errors be overruled and that judgment be entered in favor of the Defendant Commissioner of Social Security.  (*Report and Recommendation*, Doc. No. 16).  This matter is now before the Court on Plaintiff's Objections to that recommendation.  (*Objection*, Doc. No. 17).  The Court will consider the matter *de novo*.  *See* 28 U.S.C. § 636(b)(1);  Fed. R. Civ. P. 72(b)(3).

The objections present, once again, the issues presented to and considered by the Magistrate Judge in the *Report and Recommendation*.  For the reasons stated in the *Report and Recommendation*, this Court agrees that the objections are without merit.

The *Report and Recommendation,* Doc. No. 16, is **ADOPTED** and **AFFIRMED.**  Plaintiff's statement of errors is hereby overruled.  The Clerk is instructed to enter final judgment in favor of the Defendant Commissioner of Social Security.

The Clerk shall remove Document 16 from the Court's pending motions list.

The Clerk shall remove this case from the Court's pending cases list.

    **IT IS SO ORDERED.**

                               */s/ George C. Smith*
                               **GEORGE C. SMITH, JUDGE**
                               **UNITED STATES DISTRICT COURT**